UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| RACHEL CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | 1:21-CV-00303-DCLC |
| | ) | |
| vs. | ) | |
| | ) | |
| WILLIAM L. JACKSON, INDIVIDUAL | ) | |
| CAPACITY; and WILLIAM L. JACKSON, | ) | |
| OFFICIAL CAPACITY AS THE CEO OF | ) | |
| CHATTANOOGA-HAMILTON | ) | |
| HOSPITAL d/b/a ERLANGER HEALTH | ) | |
| SYSTEM, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

This case is before the Court on Defendant's Motion to Dismiss for Failure to State a Claim [Doc. 16]. For the reasons stated in the Court's contemporaneously filed Memorandum Opinion and Order, it is **ORDERED and ADJUDGED** that Defendant's Motion to Dismiss for Failure to State a Claim [Doc. 16] be **GRANTED**. Plaintiff's amended complaint against Defendant [Doc. 15] is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close this case.

SO ORDERED:

s/ Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court