## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 29, 2022

Mr. Charles G. Wright Jr.
Wright & Woodward
3100 Brainerd Road
Chattanooga, TN 37411

Re: Case No. 22-5553, *Rachel Clark v. William Jackson*
Originating Case No. 1:21-cv-00303

Dear Counsel,

  This appeal has been docketed as case number **22-5553** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

  Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

  At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **July 13, 2022**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

|   |   |
|---|---|
| Appellant: | Appearance of Counsel<br>Civil Appeal Statement of Parties & Issues<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |
| Appellee: | Appearance of Counsel<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |

    More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                      Sincerely yours,

                                        s/Jill E Colyer
                                        Case Management Specialist
                                        Direct Dial No. 513-564-7024

cc:  Mr. Joseph Alan Jackson II

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 22-5553

RACHEL CLARK

    Plaintiff - Appellant

v.

WILLIAM L. JACKSON, in his Individual and Official capacity as the CEO of Chattanooga-Hamilton Hospital, dba Erlanger Health System

    Defendant - Appellee